945 F.2d 394
 Eisiminger (Ralph T., Loretta A.)
v.
Consol- Pennsylvania Coal Company, Rhein Braun U.S.,
Monongahela Railway Company, Reese (William), Boggs (David),
Pollock (Ewing), Pollock, Pollock and Thomas, The Upshur
Agency, Inc., Consolidated Coal Company, Consol-Land
Development Company, Rheinische Braunkohlenwerke,
Verkaufsgesellschaft (Maria Therese)
 NO. 90-3490
 United States Court of Appeals,
Third Circuit.
 SEP 24, 1991
 
 Appeal From: W.D.Pa.,
 Smith, J.,
 
 740 F.Supp. 1126
 
 1
 AFFIRMED.